| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Premier Medical, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **23-42096** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Clear Health Pass Holdings, LLC Tribal Agent of Blue Lake Rancheria EDC c/o The Native American Venture Fund 30 Wall Street, 8th Floor New York, NY 10005** | | | | | | **$5,000,000.00** |
| **CloudFund LLC 400 Rekka Blvd., Ste. 165-101 Suffern, NY 10901** | | **Merchant Loan** | | | | **$270,000.00** |
| **Diversified Property Ventures, LLC c/o Cushman & Wakefield PO Box 5160 Glen Allen, VA 23058** | | | | | | **$129,987.00** |
| **Experian Health Inc. PO Box 846133 Los Angeles, CA 90084** | | | | | | **$128,316.00** |
| **Fisher Healthcare Attn: 001686 Atlanta, GA 30384** | | | | | | **$73,433.00** |
| **Greenville County Tax Assessor 301 University Ridge, Suite 700 Greenville, SC 29601** | | | | | | **$214,424.00** |
| **Illumina Inc 12864 Collection Center Dr Chicago, IL 60693** | | | | | | **$333,444.00** |

Debtor  **Premier Medical, Inc.**_____        Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jant Pharmacal Corp**<br>**16530 Ventura Blvd #512**<br>**Encino, CA 91436** | | | | | | **$107,773.00** |
| **Kudzu Staffing Inc**<br>**PO Box 51627**<br>**Powdersville, SC 29673** | | | | | | **$105,199.00** |
| **Lab Logistics LLC**<br>**PO Box 84938**<br>**Chicago, IL 60689-4000** | | | | | | **$112,784.00** |
| **Legacy Capital 26, LLC**<br>**290 Harbor Drive**<br>**Stamford, CT 06902** | | | | | | **$1,167,250.00** |
| **Life Technologies Corp.**<br>**12088 Collection Center Drive**<br>**Chicago, IL 60693** | | | | | | **$204,586.00** |
| **Myhommelabs**<br>**6366 College Blvd**<br>**Overland Park, KS 66211** | | | | | | **$90,000.00** |
| **Pulse Consulting**<br>**2400 Veterans Mem Blvd 510**<br>**Kenner, LA 70062** | | | | | | **$110,000.00** |
| **Quest Diagnostics Atl**<br>**PO Box 74736**<br>**Atlanta, GA 30374** | | | | | | **$151,339.00** |
| **Radla Capital LLC**<br>**161-10A Unition Street, 2nd Floor**<br>**Flushing, NY 11366** | | | | | | **$329,868.00** |
| **Roche Diagnostics Corp**<br>**Mail Code 5508**<br>**Charlotte, NC 28272** | | | | | | **$120,000.00** |
| **UPS**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170** | | | | | | **$124,793.00** |
| **Vessell Medical**<br>**6000 A Pelham Road**<br>**Greenville, SC 29615** | | | | | | **$6,923,182.00** |

| Debtor | **Premier Medical, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vox Funding SPV1, LLC 14 E 44th Street, 4th Floor New York, NY 10017** | | | | | | **$1,456,000.00** |

**Fill in this information to identify the case:**

Debtor name      **Premier Medical, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF TEXAS

Case number (if known)      **23-42096**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 20, 2023**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **John Michael Cataldi**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**