Mark E. Dendinger*
mark.dendinger@bracewell.com
BRACEWELL LLP
31 W. 52nd Street, Suite 1900
New York, NY 10019
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*pro hac vice pending

Bryan S. Dumesnil
Bradley J. Benoit
Jonathan L. Lozano*
bryan.dumesnil@bracewell.com
brad.benoit@bracewell.com
jonathan.lozano@bracewell.com
BRACEWELL LLP
711 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRSTOX LABORATORIES, LLC, | CASE NO. 23-42095-elm11 |
| PREMIER MEDICAL, INC., | CASE NO. 23-42096-mxm11 |
| Debtors.[1] | (Joint Administration Requested) |

**AMENDED WITNESS AND EXHIBIT LIST FOR JULY 26, 2023 HEARING**

Regency Finance, LLC ("Regency") files this amended witness and exhibit list for the First Day hearing on July 26, 2023, at 2:30 p.m.

**WITNESSES**

- Any witness designated or called by any other party.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Firstox Laboratories, LLC (0939), and Premier Medical, Inc. (4502).

# EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1 | Summons and Foreclosure Complaint filed on January 20, 2023 in State Court Action *Regency Finance LLC v. Premier Medical, Inc. et. al.*, C.A. No.: 2023-CP-23-00279 | | | |
| 2 | Order for Default Judgment entered on May 19, 2023 in State Court Action *Regency Finance LLC v. Premier Medical, Inc. et. al.*, C.A. No.: 2023-CP-23-00279 | | | |
| 3 | Decree of Foreclosure entered on June 5, 2023 in State Court Action *Regency Finance LLC v. Premier Medical, Inc. et. al.*, C.A. No.: 2023-CP-23-00279 | | | |
| 4 | Amended Order Granting Emergency Motion for Appointment of Receiver and Preliminary Injunction entered on May 19, 2023 in State Court Action *Regency Finance LLC v. Premier Medical, Inc. et. al.*, C.A. No.: 2023-CP-23-00279 | | | |
| 5 | Second Supplemental Receivership Order entered on July 6, 2023 in State Court Action *Regency Finance LLC v. Premier Medical, Inc. et. al.*, C.A. No.: 2023-CP-23-00279 | | | |
| 6 | Order Dismissing Cases Pursuant to 11 U.S.C. § 1112 entered on April 11, 2023 in *In re Premier Medical, Inc.*, Case No. 23-00814-hb (Bankr. D.S.C. 2023) | | | |
| 7 | Any pleadings on file in this case. | | | |
| 8 | Any exhibit listed, designated, or offered by any other party. | | | |
| 9 | Any exhibits necessary for rebuttal. | | | |

Respectfully submitted,

Dated: July 26, 2023

By: /s/ *Bryan S. Dumesnil*
**BRACEWELL LLP**
Bryan S. Dumesnil
Bradley J. Benoit
Jonathan L. Lozano
bryan.dumesnil@bracewell.com
brad.benoit@bracewell.com
jonathan.lozano@bracewell.com
711 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970

-and-

Mark E. Dendinger*
31 W. 52nd Street, Suite 1900
New York, NY 10019
Telephone: (212) 508-6100
Facsimile: (212) 508-6101
Email: mark.dendinger@bracewell.com

**pro hac vice* pending

*Counsel to Regency Finance, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 26, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas. I further certify that the above witness and exhibit list was served my email on Debtors' counsel on the same date.

By:  /s/ *Bryan S. Dumesnil*
     Bryan S. Dumesnil