**FILED**

**AUG 04 2023**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| Premier Medical, Inc. ) | |
| ) | Case No.: 23-42096-mxm11 |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g) PROVIDING ADDRESS FOR SERVICE OF NOTICES**

To the Clerk:

1. Cassidy Coates Price, P.A. has been retained to represent Regency Finance, LLC in this bankruptcy proceeding and requests that this Court note its appearance for the record pursuant to Bankruptcy Rule 9010(b).

2. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the Creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

3. The address to which all such notices should be sent is:

> Regency Finance, LLC
> c/o Amber B. Glidewell
> Cassidy Coates Price, P.A.
> P. O. Box 10529
> Greenville, SC  29603

/s/ Amber B. Glidewell

Amber B. Glidewell, Fed. ID No. 10597
aglidewell@cassidycoates.com
Cassidy Coates Price, P.A.
P.O. Box 10529
Greenville, SC  29603
864-349-2600
*Attorneys for Regency Finance, LLC*

Greenville, South Carolina
Date: July 25, 2023

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| Premier Medical, Inc. | ) | |
| | ) | Case No.: 23-42096-mxm11 |
| Debtor. | ) | |
| | ) | |

**CERTIFICATION OF SERVICE**

IT IS HEREBY CERTIFIED that a copy of the Notice of Appearance, along with this Certificate of Service were served upon the within parties via CM/ECF and by depositing copies of the same in the United States Mail, with sufficient postage annexed thereto, addressed to the following recipients:

Premier Medical, Inc.
6000 A Pelham Road
Greenville, SC 29615

Bryan C. Assink
Joshua N. Eppich
Harrison Pavlasek
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102
*Attorneys for Debtor*

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

on July 25, 2023.

Lauren Alewine, Paralegal to:
Amber B. Glidewell, Fed. ID No. 10597
aglidewell@cassidycoates.com
Cassidy Coates Price, P.A.
P.O. Box 10529
Greenville, SC 29603
864-349-2600
*Attorneys for Regency Finance, LLC*

Greenville, South Carolina
Date: July 25, 2023