Kenneth A. Hill
Quilling, Selander, Lownds,
    Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREMIER MEDICAL, INC., | § | CASE NO. 23-42096-elm7 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF INTENT TO ABANDON ALL PROPERTY OTHER THAN
CAUSES OF ACTION UNDER CHAPTER 5 OF THE BANKRUPTCY CODE**

**NOTICE**

**PURSUANT TO FED. R. BANKR. P. 6007, ANY OBJECTION TO THIS MOTION
MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE MAILING OF THIS
NOTICE.**

John Dee Spicer (the **"Trustee"**), in his capacity as the chapter 7 trustee for Premier

Medical, Inc. (the **"Debtor"**), files this *Notice of Intent to Abandon All Property Other than Causes

of Action Under Chapter 5 of the Bankruptcy Code*, and would respectfully show the Court as

follows:

**I.  JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**II.  BACKGROUND**

3.      On July 20, 2023, the Debtor filed a voluntary petition in this Court for relief under

chapter 11 of the United States Bankruptcy Code.  On January 11, 2024, this Court entered an

order converting the case to chapter 7.  The Trustee was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

4.      Before the Debtor's bankruptcy filing, the Debtor operated medical testing laboratories.  Based upon the Trustee's investigation, he believes that all property of the Debtor's bankruptcy estate is fully encumbered, other than causes of action under chapter 5 of the Bankruptcy Code.  On January 11, 2024, this Court entered an order lifting the automatic stay allowing the Debtor's largest secured creditor, Regency Finance, LLC, to pursue its remedies under applicable non-bankruptcy law against most property of the Debtor's bankruptcy estate (but not any causes of action under chapter 5 of the Bankruptcy Code).

5.      To the best of the Trustee's knowledge, the only property of the Debtor's bankruptcy estate for which the automatic stay remains in effect consists of some computer equipment, servers, network equipment, laptops, desktops, and handheld computer devices, patient data, medical waste, hazardous materials, numerous boxes of paper records, accounts receivable, and causes of action under chapter 5 of the Bankruptcy Code.

### III.  ARGUMENT AND AUTHORITIES

6.      A chapter 7 trustee, subject to the Bankruptcy Court's approval, may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.  11 U.S.C. § 554(a).

7.      All property of the Debtor's bankruptcy estate, other than causes of action under chapter 5 of the Bankruptcy Code, is of inconsequential value and benefit to the Debtor's bankruptcy estate.  Based upon the Trustee's investigation and informed business judgment, no property of the Debtor's bankruptcy estate, other than causes of action under chapter 5 of the Bankruptcy Code, has any value or benefit to the Debtor's bankruptcy estate, considering the

potential market value and factoring in the encumbrances and estimated expenses to move, store, market, and sell.

## IV.  CONCLUSION

PLEASE TAKE NOTICE that the Trustee intends to abandon all property of the Debtor's bankruptcy estate other than causes of action under chapter 5 of the Bankruptcy Code.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same by (a) the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel of record for the Debtor, the Trustee, the Office of the United States Trustee, and all persons and entities requesting notice under L.B.R. 2002-1(j), and (b) first class mail, postage prepaid, on all persons and entities set forth on the attached service list.[1]

   */s/ Kenneth A. Hill*
   Kenneth A. Hill

---

[1] The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Diana Cruz at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail dcruz@qslwm.com.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREMIER MEDICAL, INC., | § | CASE NO. 23-42096-elm7 |
| | § | |
| DEBTOR. | § | |

**ORDER ABANDONING ALL PROPERTY OTHER THAN
CAUSES OF ACTION UNDER CHAPTER 5 OF THE BANKRUPTCY CODE**

On this date, the Court considered the *Notice of Intent to Abandon All Property Other than Causes of Action Under Chapter 5 of the Bankruptcy Code* (Dkt. No. ___, the **"Notice"**) filed by John Dee Spicer, in his capacity as the chapter 7 trustee for Premier Medical, Inc. (the **"Debtor"**). After reviewing the recording and noting that no responses or objections to the Notice were filed, the Court finds that the abandonment proposed in the Notice should be approved.

IT IS THEREFORE ORDERED that all property of the Debtor's bankruptcy estate other than causes of action under chapter 5 of the Bankruptcy Code is hereby abandoned from the Debtor's bankruptcy estate.

### End of Order ###

Submitted by:

Kenneth A. Hill

Quilling, Selander, Lownds,
    Winslett & Moser, P.C.

2001 Bryan Street, Suite 1800

Dallas, Texas  75201

ATTORNEYS FOR THE TRUSTEE

Label Matrix for local noticing
0539-4
Case 23-42096-elm7
Northern District of Texas
Ft. Worth
Thu Feb 15 09:13:51 CST 2024

Bond Ellis Freich Schafer Jones LLP
420 Throckmorton St.
Suite 1000
Fort Worth, TX 76102-3727

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Fwy, Ste. 1000
Dallas, TX 75207-2328

De Lage Landen Financial Services, Inc.
c/o Padfield & Stout, LLP
Alan B. Padfield
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102-3792

Premier Medical, Inc.
6000 Pelham Road, Suite A
Greenville, SC 29615-5845

501 W. Tenth Street
Fort Worth, TX 76102-3637

14 South Main, LLC
Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

4 SOUTH MAIN LLC
14 S MAIN ST 3RD FLOOR
GREENVILLE SC 29601-4863

A.G. ADJUSTMENTS, LTD.
740 WALT WHITMAN ROAD
MELVILLE NY 11747-2212

ACUMEN IT
3620 PELHAM ROAD
GREENVILLE SC 29615-5044

ADAMS AND REESE LLP
DEPT 5208
BIRMINGHAM AL 35287-0001

ADITXT
737 N 5TH ST
RICHMOND VA 23219-1441

ADL HEALTH
14220 NORTHBROOK DRIVE STE 600
SAN ANTONIO TX 78232-5000

AGILENT TECHNOLOGIES
4187 COLLECTIONS CENTER DR
CHICAGO IL 60693-0001

AIR SCIENCE LLC
120 6TH ST
FORT MYERS FL 33907-1554

AMERICAN LABORATORY SOLUTIONS
500 BUCKSLEY LANE
DANIELS ISLAND SC 29492-8180

AMETEK POWERVAR
32806 COLLECTIIN CENTER DR
CHICAGO IL 60693-0001

AP PROFESSIONAL SECURITY LLC
300 PETTIGRU ST STE 20.
GREENVILLE SC 29601-3113

APRIL JULIAN
176 PEARSON RD
BELTON SC 29627-9236

ARKSTONE
135 ROCKAWAY TURNPIKE STE 111
LAWRENCE NY 11559-1023

ASSURANCE LAB CONSULTING
2868 ACTION RD STE 207
BIRMINGHAM AL 35243-2502

AVIOQ INC
104 T.W. ALEXANDER DR
RESEARCH TRIANGLE PA NC 27709

Adams and Reese LLP
c/o Ron C. Bingham, II, Esq.
3424 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326-1139

Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Associated Receivables Funding, Inc.
PO Box 9246
Greenville, SC 29604-9246

(p)BAEBIES  INC
PO BOX 14403
DURHAM NC 27709-4403

BARNEY MCKENNA & OLMSTEAD
43 SOUTH 100 EAST
SAINT GEORGE UT 84770-3472

BECKMAN COULTER
DEPT CH10164
PALATINE IL 60055-0001

BIOMEDICAL REFRIGERATION SERVICES
2680 SOUTH LAKE DR
LEXINGTON SC 29073-8199

BIOPURE ENVIRONMENTAL SERVICE
655H FAIRVIEW ROAD BOX 333
SIMPSONVILLE SC 29680-6706

BIOSAFE SUPPLIES LLC
9436 SOUTHRIDGE PARK COURT
ORLANDO FL 32819-8639

BORIS YANKOVICH
415 OCEAN VIEW AVE FL 3
BROOKLYN NY 11235-6828

Beverly Weiss Manne
1500 One PPG Place
Pittsburgh, PA 15222-5416

C2CRESOURCES
1455 LINCOLN PKWY E STE 550
ATLANTA GA 30346-2288

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

CAROLINA SHRED
1682 KATY LANE
FORT MILL SC 29708-8974

CHANCE CAMPBELL
481 GARLINGTON ROAD SUITE A
GREENVILLE SC 29615-4619

CHERNOFF NEWMAN
1411 GERVAIS ST
COLUMBIA SC 29201-3379

CITY OF GREENVILLE
PARKING ENFORCEMENT
GREENVILLE SC 29609

CLEAR HEALTH PASS HOLDINGS, LLC AS TRIBAL AG
1830 RADIUS DR., SUITE 514
HOLLYWOOD, FL 33020-7709

CLEAR HEALTH PASS HOLDINGS, LLC AS TRIBAL AG
C/O THE NATIVE AMERICAN VENTURE FUND
NEW YORK, NY 10005

CLINICAL LAB SALES TRAINING LLC
10751 FOLKESTONE WAY
WOODSTOCK MD 21163-1313

CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901

CLSI
PO BOX 645766
PITTSBURGH PA 15264-5255

COMMIT SERVICES INC
244 5TH AVE STE 1218
NEW YORK NY 10001-7604

COMPLIANCELINE LLC
8615 CLIFF CAMERON DR STE 290
CHARLOTTE NC 28269-5912

CPT MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197-4349

Centers for Medicare & Medicaid Services, US
CMS, US, DHHS c/o Dirk Rozendale
1301 Young Street, Suite 1138
Dallas, TX 75202-5403

(p)CITY OF GREENVILLE
ATTN CITY ATTORNEY'S OFFICE/ATTN TONYA GRAMANN
P O BOX 2207
GREENVILLE SC 29602-2207

Clinical Laboratory Sales Training, LLC
10751 Folkestone Way
Woodstock, MD 21163-1313

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Curtis Stodhill, Receiver
Weyman C. Carter
Post Office Box 447
Greenville, SC 29602-0447

DASH COURIER SERVICE
PO BOX 11049
CHARLOTTE NC 28220-1049

DATA MEDIA ASSOCIATES LLC
PO BOX 1052
COLUMBUS GA 31902-1052

DIAZYME LABORATORIES
PO BOX 392165
PITTSBURGH PA 15251-9165

DIVERSIFIED MEDICAL HEALTHCARE, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

DIVERSIFIED PROPERTIES 2, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

DIVERSIFIED PROPERTY VENTURES, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

DIVERSIFIED PROPERTY VENTURES, LLC
C/O CUSHMAN & WAKEFIELD
PO BOX 5160
GLEN ALLEN VA 23058-5160

DJO LLC
PO BOX 650777
DALLAS TX 75265-0777

DNA GENOTEK
3000 500 PALLADIUM DR
OTTAWA ON K2C 3H4

DPX LABS LLC
19 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

DRUG TESTING FOR LESS
1887 MCFARLAND PARKWAY
ALPHARETTA GA 30005-8341

DUFFY & YOUNG LLC
96 BROAD STREET
CHARLESTON SC 29401-2201

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

David J. Coyle
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604-5573

ECLINICALWORKS
PO BOX 847950
BOSTON MA 02284-7950

ELAN CREDIT SERVICES
PO BOX 790408
SAINT LOUIS MO 63179-0408

EMDS
PO BOX 679493
DALLAS TX 75267-9492

ENVIRONMENTAL SAFETY PROFESSIONALS
7419 KNIGHTDALE BLVD STE 115
KNIGHTDALE NC 27545-8825

EUROIMMUN US INC
1 BLOOMFIELD AVE
MOUNTAIN LAKES NJ 07046-1466

EVOQUA WATER TECHNOLOGIES LLC
4450 TOWNSHIP LINE ROAD
SKIPPACK PA 19474

EXPERIAN HEALTH INC
PO BOX 846133
LOS ANGELES CA 90084-6133

FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

FIRST CAROLINA HOLDINGS, LLC
4113 E. NORTH STREET
GREENVILLE SC 29615-2350

FISHER HEALTHCARE
ATTN 001686
ATLANTA GA 30384-0001

FRANK VELOCCI
FAEGREDRINKER
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK NY 10036-2714

GENESEE SCIENTIFIC CORP
900 VERNON WAY
EL CAJON CA 92020-1833

(p)GLAST  PHILLIPS & MURRAY
ATTN TROY PHILLIPS
14801 QUORUM DRIVE
SUITE 500
DALLAS TX 75254-1518

GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD STE 500
HOUSTON TX 77057-5645

GREENVILLE COUNTY TAX ASSESSOR
301 UNIVERSITY RIDGE, STE 700
GREENVILLE SC 29601-3659

GREENVILLE MEDICAL SUPPLY
3025 WILDRIDGE
MASSILLON OH 44646-2460

GREENVILLE WATER SYSTEM
PO BOX 687
GREENVILLE SC 29602-0687

GREGORY CRAPANZANO
200 SOUTH 10TH STREET STE 1600
RICHMOND VA 23219-4061

GREINER BIO-ONE
4238 CAPITAL DRIVE
MONROE NC 28110-7681

GS1 US INC
DEPT 781271
DETROIT MI 48278-0001

HAYNESWORTH SINKLER BOYD
1201 MAIN STREET22ND FLOOR
COLUMBIA SC 29201

HILLARY MCGEE
148 GOLDEN POND DR
LEXINGTON SC 29073-7533

HOFFMAN MECHANICAL SOLUTIONS
PO BOX 77319
GREENSBORO NC 27417-7319

HOLDER, PADGETT, LITTLEJOHN & PRICKETT
800 E. NORTH STREET
GREENVILLE SC 29601-3174

HUNTINGTON TECHNOLOGY FINANCE
22885 FRANKLIN ROAD
BLOOMFIELD HILLS MI 48303

HYCOR BIOMEDICAL
PO BOX 51899
LOS ANGELES CA 90051-6199


Hoffman Mechanical Solutions, Inc.
Attn:  Randy Nolen
3816 Patterson Street
Greensboro, NC 27407-3238

Humana, Inc
C/o Fox Swibel Levin & Carroll
200 W. Madison, Suite 3000
Chicago, IL 60606-3417

ILLUMINA INC
12864 COLLECTION CENTER DR
CHICAGO IL 60693-0001


INTEGRATED DNA TECHNOLOGIES
PO BOX 74007330
CHICAGO IL 60674-7330

INTEGRATED MICRO CHROMATOGRAPHY SYS
110 CENTRUM DR
IRMO SC 29063-9396

INTERNAL MED PHYSICIANS OF ALLIANCE
1207 WEST STATE ST STE N
ALLIANCE OH 44601-4686


INTERNAL MED PHYSICIANS OF MINERVA
1168 ALLIANCE RD NW
MINERVA OH 44657-8736

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTUITIVE HEALTH LLC
104 AVALON COURT
CHAPIN SC 29036-7373


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IVANTI
DEPT 0352
DALLAS TX 75312-0001

(p)INTELLIGENT SOLUTIONS  LLC
P O BOX 555
LEANDER TX 78646-0555


Internal Revenue Service
1100 Commerce St
MC 5026 DAL
Dallas TX 75242-1100

J.R. KREBS
2123 9TH STREET, SUITE 110
TUSCALOOSA AL 35401-2364

JANT PHARMACAL CORP
16530 VENTURA BLVD #512
ENCINO CA 91436-5062


JONATHAN SCHULZ
BRADLEY
214 N TRYON ST STE 3700
CHARLOTTE NC 28202-2671

James S. Livermon, III
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

Joshua McGriff
ATTN: F. Lee Prickett, III
800 E. North Street
Greenville, SC 29601-3174


KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102-3129

KEVIN MURDOCK
118 JAMES ST
GREENVILLE SC 29609-5334

KUDZU STAFFING INC
PO BOX 51627
POWDERSVILLE SC 29673-2049


LAB LOGISTICS LLC
PO BOX 84938
CHICAGO IL 60689-4938

LABTECH DIAGNOSTICS
PO BOX 825893
PHILADELPHIA PA 19182-5893

LEAF CAPITAL
PO BOX 5066
HARTFORD CT 06102-5066


LEAF Capital Funding, LLC
LEAF Capital Funding c/o HMB Legal Couns
500 W. Madison St., Ste 3700
Chicago, IL 60661-4591

LEGACY CAPITAL 26, LLC
290 HARBOR DRIVE
STAMFORD CT 06902-8700

LGC CLINICAL DIAGNOSTICS INC
DEPT CH 16362
PALATINE IL 60055-0001

LIFE TECHNOLOGIES CORP
12088 COLLECTION CENTER DR
CHICAGO IL 60693-0001

LIGHTHOUSE LAB SERVICES
1337 HUNDRED OAKS DR
CHARLOTTE NC 28217-4060

LITTLER
110 E COURT ST SUITE 201
GREENVILLE SC 29601-4905

LONGHORN VACCINES AND DIAGNOSTICS
9110 BOOTHBAY COURT
WILMINGTON NC 28411-6839

LUMINEX CORP
PO BOX 844222
DALLAS TX 75284-4222

LYNN PINK HURST & SCHWEGMANN
2100 ROSS AVE STE 2700
DALLAS TX 75201-7919

MARSHALL SCIENTIFIC
2 ARNOLD CIRCLE
CAMBRIDGE MA 02139-2213

MCKESSON MEDICAL SURGICAL
PO BOX 936279
ATLANTA GA 31193-6279

MEDCARE MSO
1000 CORDOVA PLACE STE 206
SANTA FE NM 87505-1725

MEDCHAIN SUPPLY
PO BOX 842818
BOSTON MA 02284

MEDICAL PRACTICE CONCEPTS
330 JIMMY JOHNSTON ROAD
GREENEVILLE TN 37743-4051

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

MEDWASTE SERVICES
1682 KATY LANE
FORT MILL SC 29708-8974

MICROSOFT MSDN
PO BOX 848529
DALLAS TX 75284-8529

MISSISSIPPI BIOMEDICAL
201 NORTH LANE DRIVE
TUPELO MS 38801-4520

MYHOMMELABS
6366 COLLEGE BLVD
OVERLAND PARK KS 66211-1506

Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

NATIONAL JEWISH HEALTH- ADX
1400 JACKSON STREET M011
DENVER CO 80206-2762

NELSON MULLINS RILEY ET AL
PO BOX 11009
COLUMBIA SC 29211-1009

NFS LEASING
900 CUMMINGS CENTER STE 226U
BEVERLY MA 01915-6183

(p)NFS LEASING INC
ATTN LEGAL
900 CUMMINGS CENTER
SUITE 226-U
BEVERLY MA 01915-6183

ONGEN, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

OPTIWISE
8964 RISING MIST WAY
ROSEVILLE CA 95747-7128

PANGEA LABORATORY
14762 BENTLEY CIRCLE
TUSTIN CA 92780-7226

PATIA EUROPE S.L.
SAN SEBASTIAN PR 00685

PAVEA LLC
2329 PORTER STREET NW
WASHINGTON DC 20008-1204

PEAK SCIENTIFIC
19 STERLING ROAD STE 1
NORTH BILLERICA MA 01862-2524

PEARL PATHWAYS
29 E MCCARTY ST STE 100
INDIANAPOLIS IN 46225-3326

PERKINELMER HEALTH SCIENCES INC
710 BRIDGEPORT AVE
SHELTON CT 06484-4750

PHENOMENEX
PO BOX 749397
LOS ANGELES CA 90074-9397

PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201-1246

PLUS INC
PO BOX 5643
GREENVILLE SC 29606-5643

PULSE CONSULTING
2400 VETERANS MEM BLVD 510
KENNER LA 70062-4729

Pangea Laboratory LLC
14762 Bentley Circle
Irvine, CA 92780-7226

QUEST DIAGNOSTICS ATL
PO BOX 74736
ATLANTA GA 30374

Quest Diagnostics Clinical Laboratories, Inc
Henderson & Henderson, LLC
6 Charlotte Street
Charleston, SC 29403-6653

RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366

RAININ
PO BOX 13505
NEWARK NJ 07188-3505

RANDOX LABORTORIES US LTD
515 INDUSTRIAL BLVD
KEARNEYSVILLE WV 25430-2778

REBECCA RITZ
7934 WNC 10 HWY
VALE NC 28168-9515

REGENCY FINANCE, LLC
111 PETTIGRU STREET
GREENVILLE SC 29601-3030

RICHARD T. AVIS & ASSOCIATES
5500 PEARL ST
ROSEMONT IL 60018-5303

ROBINSON BRADSHAW
202 E. MAIN ST.
ROCK HILL SC 29730-4542

ROCHE DIAGNOSTICS CORP
MAIL CODE 5508
CHARLOTTE NC 28272

ROE CASSIDY COATES, & PRICE , PA
PO BOX 10529
GREENVILLE SC 29603-0529

Redguard, LLC d/b/a SiteBox Storage
c/o Tyler E. Heffron
Triplett Woolf Garretson, LLC
2959 N. Rock Road, Ste. 300
Wichita, KS 67226-5100

Roche Diagnostic
9115 Hague Road, PO Box 50457
Indianapolis, IN 46250-0457

SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211-2265

SCOTT ROBERTS
1111 S FORK DR
SEVIERVILLE TN 37862-2966

SEGRA
PO BOX 631140
CINCINNATI OH 45263-1140

SELECT LABS SC
PO BOX 13030
GREENSBORO NC 27415-3030

SENDGRID
1801 CALIFORNIA ST, STE 500
DENVER CO 80202-2618

SETHI LABORATORIES LLC
4101 ROSS AVE STE 100
DALLAS TX 75204-5139

SHRED AMERICA
1682 KATY LANE
FORT MILL SC 29708-8974

SITELABS LLC
10131 CLEMSON BLVD
SENECA SC 29678-0818

SPEAK STRATEGIC
PO BOX 1431
JOHNS ISLAND SC 29457-1431

SPECTRUM BUSINESS
PO BOX 742614
CINCINNATI OH 45274-2614

STAPLES BUSINESS ADVANTAGE
PO BOX 105748
ATLANTA GA 30348-5748

STRECK LABS
PO BOX 45625
OMAHA NE 68145-0625

SUNBELT RENTALS
PO BOX 409211
ATLANTA GA 30384-9211

Smart Sales, LLC, dba Smartox
Mark Chevallier, Jonathan Petree, Esqs.
MCGUIRE, CRADDOCK & STROTHER, P.C.
500 N. Akard Street, Suite 2200
Dallas, Texas 75201-3317

Sunbelt Rentals, Inc.
Attn: Catherine Hargis
908 Kelly June Drive
Mount Juliet, TN 37122-3540

TECAN SP INC
PO BOX 846756
LOS ANGELES CA 90084-6756

TECAN US
PO BOX 602740
CHARLOTTE NC 28260-2740

TFORCE FREIGHT
PO BOX 650690
DALLAS TX 75265-0690

THE HENDRICKS FIRM LLC
101 NE MAIN ST,
EASLEY SC 29640-2086

THERMO FISHER FINANCIAL SERVICES INC
11 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

TIS INTERNATIONAL USA INC
PO BOX 7109
SAN FRANCISCO CA 94120-7109

TOP FLIGHT STAFFING
PO BOX 51135
PIEDMONT SC 29673-2135

TOX CREW INC
9111 CROSS PARK DR
KNOXVILLE TN 37923-4506

TRANSLATIONAL SOFTWARE
7683 S.E. 27TH STREET #352
MERCER ISLAND WA 98040-2804

TRI COUNTY RENTALS
5619 HWY153
EASLEY SC 29640

(p)TRITON RECOVERY
19790 W DIXIE HIGHWAY
SUITE 301
MIAMI FL 33180-2293

Texas Health and Human Services Commission
HHSC - Records Management Group
4601 West Guadalupe Street, MC 1100
Austin, TX 78751-3146

The Huntington National Bank
c/o James S. Livermon, III
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

Thermo Fisher Financial Services, Inc.
c/o Beverly Weiss Manne
1500 One PPG Place
Pittsburgh, PA 15222-5416

Townes B. Johnson III
Townes B. Johnson III, LLC
PO Box 9246
Greenville
South Carolina, SC 29604-9246

Tyler E. Heffron
Triplett Woolf Garretson, LLC
2959 N. Rock Road, Ste. 300, 3rd Floor
Wichita, KS 67226-5100

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170-0001

US BANK EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS MO 63179-0448

US TRUSTEE
1100 COMMERCE ST. ROOM 976
DALLAS, TX 75242-0996

US Trustee
300 Virginia St., Room 2025
Charleston, WV 25301-2535

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

VESSEL MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

VESSELL MEDICAL
6000 A PELHAM ROAD
GREENVILLE SC 29615-5845

VOX FUNDING SPV1, LLC
14 E 44TH ST 4TH FLOOR
NEW YORK NY 10017-3632

VWR INTERNTIONAL
PO BOX 640169
PITTSBURGH PA 15264-0169

WELLS FARGO FINACE LEASING, INC.
PO BOX 77096
MINNEAPOLIS MN 55480-7796

WOODWARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488-0020

Wells Fargo Financial Leasing Inc
Attn: Lisa Boddicker
800 Walnut Street MAC F0005-055
bankruptcynoticesdfvendor@wellsfarg
Des Moines, IA 50309-3605

Weyman C. Carter
Burr & Forman, LLP
Post Office Box 447
Greenville, SC 29602-0447


XEROX FINANCIAL SERVICES
P O BOX 660506
DALLAS TX 75266-0506

,

YOURGENE HEALTH
1680 MICHIGAN AVE
MIAMI BEACH FL 33139-2538

ZEPTO METRIX/ANTYLIA
14957 COLLECTION CENTER DR
CHICAGO IL 60693-0149


ZERION GROUP
PO BOX 940411
MAITLAND FL 32794-0411

Bryan C. Assink
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102-3727

Curtis Stodghill
c/o Burr & Forman LLP
Weyman C. Carter, Esq.
P.O. Box 447
Greenville, SC 29602-0447


Eric Thomas Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St.
Suite 1000
Fort Worth, TX 76102-3727

Harrison Pavlasek
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street
Ste 1000
Fort Worth, TX 76102-3727

John Dee Spicer
Suite 560, Founders Square
900 Jackson Street
Dallas, TX 75202-4404


Joshua N. Eppich
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102-3727



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BAEBIES INC
PO BOX 14403
DURHAM NC 27709

CARDMEMBER SERVICES
PO BOX 790408
SAINT LOUIS MO 63179

City of Greenville, South Carolina
PO Box 2207
Greenville, SC 29602-2207


GLAST, PHILLIPS & MURRAY
14801 QUORUM DRIVE SUITE 500
DALLAS TX 75254

IRS MDP 39
1835 ASSEMBLY ST, RM 469
COLUMBIA SC 29201

Intelligent Solutions, LLC
PO Box 555
Leander, TX 78646 US


MEDLINE INDUSTRIES INC
DEPT CH 14400
PALATINE IL 60055

NFS Leasing, Inc.
900 Cummings Center, Suite 226-U
Beverly, MA 01915

TRITON RECOVERY GROUP
19790 W. DIXIE HIGHWAY STE 301
AVENTURA FL 33180



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LEAF Capital Funding, LLC                (u)Redguard, LLC d/b/a SiteBox Storage              (u)Regency Finance, LLC

(u)Smart Sales, LLC, dba Smartox            End of Label Matrix
                                            Mailable recipients    222
                                            Bypassed recipients      4
                                            Total                  226